NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MARTRICE L. REDDICK,**
*Petitioner*

**v.**

**UNITED STATES POSTAL SERVICE,**
*Respondent*

---

2023-1568

---

Petition for review of the Merit Systems Protection Board in No. CH-0752-22-0198-I-1.

---

Before CHEN, MAYER, and STOLL, *Circuit Judges*.

PER CURIAM.

## O R D E R

Because Martrice L. Reddick pursued discrimination claims before the Merit Systems Protection Board and stated that he did not wish to abandon those claims on judicial review, the court directed the parties to show cause why this case should not be transferred to a United States district court.  Mr. Reddick has not responded.  The United States Postal Service urges transfer.

We have jurisdiction to review final decisions from the Board, except in "[c]ases of discrimination subject to the

provisions of [5 U.S.C. § ]7702," 5 U.S.C. §§ 7703(b)(2), (b)(1)(A).  Those cases, which involve appeals to the Board and allegations of covered discrimination, 5 U.S.C. § 7702(a)(1), belong in district court.  5 U.S.C. § 7703(b)(2); *Perry v. Merit Sys. Prot. Bd.*, 582 U.S. 420 (2017).  We therefore find it appropriate to transfer this case pursuant to 28 U.S.C. § 1631 to the United States District Court for the Northern District of Ohio, where Mr. Reddick resides and where the employment action occurred.

Accordingly,

IT IS ORDERED THAT:

Pursuant to 28 U.S.C. § 1631, this case and all transmittals are transferred to the United States District Court for the Northern District of Ohio.

FOR THE COURT

August 17, 2023                          /s/ Jarrett B. Perlow
        Date                             Jarrett B. Perlow
                                         Clerk of Court